LAW OFFICES OF
**WALKUP, MELODIA, KELLY, WECHT & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

MICHAEL A. KELLY (State Bar #71460)
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARLOWENE THOMAS,<br><br>         Plaintiff,<br><br>    v.<br><br>AIG LIFE INSURANCE COMPANY<br><br>         Defendants. | Case No. C 05 00081 CRB ARB<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

[~~PROPOSED~~] ORDER

For good cause appearing,

IT IS HEREBY ORDERED THAT the non-binding Arbitration deadline currently set by this court for November 18, 2005, has been continued to January 27, 2006.

IT IS FURTHER ORDERED THAT the Case Management Conference currently set by this court for December 2, 2005, is re-scheduled for February 3, 2006. The parties' Joint Case Management Conference Statement is due January 27, 2006.

IT IS SO ORDERED.

DATED: November 8, 2005

HONORABLE Joseph C. Spero
United States Magistrate Judge

[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE - CASE NO. C 05 00081 CRB ARB